IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| TIMOTHY DURST and § | | |
| DAVID WAAGBO § | | PLAINTIFFS |
| § | | |
| v. § | | CAUSE NO. 1:08CV274 LG-RHW |
| § | | |
| BEAU VIEW OF BILOXI, LLC § | | |
| and JOHN DOES 1-10 § | | DEFENDANTS |

## JUDGMENT

This matter having come on to be heard on the Summary Judgment motions filed by the parties, the Court, after a full review and consideration of the Motions, the pleadings on file and the relevant legal authority, finds that in accord with the memorandum opinion and order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the Defendant, Beau View of Biloxi, LLC, pursuant to Fed. R. Civ. P. 56. The Plaintiffs' claims are dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 20th day of January, 2010.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE